

# Missouri Court of Appeals
## Southern District

**JUNE 17, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD32970

      Re:    GLADYS GAEKE,
             Employee-Respondent,
             v.
             CURATORS OF THE UNVERSITY OF
             MISSOURI, Employer-Appellant,

             and TREASURER OF THE STATE OF
             MISSOURI AS CUSTODIAN OF THE
             SECOND INJURY FUND,
             Respondent.